**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA**     **:**

**:**

**v.**     **:**     **CRIMINAL ACTION NO. 26-149**

**:**

**RONALD WILFORD**     **:**

## **ORDER**

This 13th day of July, 2026, it is hereby **ORDERED** that Defendant's Motion for Release

from Custody, ECF 22, is **DENIED.**

 /s/ Gerald Austin McHugh
United States District Judge